**FABIAN VANCOTT**
TREVOR R. WAITE, ESQ.
Nevada Bar No. 13779
411 East Bonneville Avenue, Suite 400
Las Vegas, Nevada 89101
T: (702) 233-4444
F: (877) 898-1168
twaite@fabianvancott.com
*Attorneys for Defendant,*
*MERIDIAN FINANCIAL SERVICES, INC.,*

**LAW OFFICE OF KEVIN L. HERNANDEZ**
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff,*
*DAVID WATSON*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WATSON,<br><br>              Plaintiff,<br><br>v.<br><br>MERIDIAN FINANCIAL SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC;<br><br>              Defendants. | Case No. 2:22-cv-00488-APG-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT MERIDIAN FINANCIAL SERVICES, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

      **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff DAVID WATSON ("Plaintiff") and Defendant MERIDIAN FINANCIAL SERVICES, INC. ("Meridian"), and through their respective counsel, as follows:

On March 18, 2022, Plaintiff filed her Complaint. The current deadline for Meridian to answer or otherwise respond to Plaintiff's Complaint is April 14, 2022.  Meridian needs additional time to locate and assemble the documents relating to Plaintiff's claims and Meridian's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Counsel for Meridian and Plaintiff conferred on or about April 13, 2022, regarding this request, and counsel for Plaintiff agreed to extend the deadline in which Meridian has to answer or otherwise respond to Plaintiff's Complaint, up to and including May 5, 2022.  This is the first stipulation for extension of time for Meridian to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated this 13th Day of April, 2022

**FABIAN VANCOTT**

/s/ Trevor R. Waite
_____
Trevor R. Waite
twaite@fabianvancott.com
Fabian Vancott
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Office: (702) 233-4444
Fax: (877) 898-1168
Counsel for Defendant Meridian Financial Services, Inc.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

/s/ Kevin L. Hernandez
_____
Kevin L. Hernandez
kevin@kevinhernandezlaw.com
Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 890147

(702) 563-4450
(702) 552-0408 Fax
Counsel for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 14, 2022