# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAVID WATSON, an individual, <br><br> Plaintiff(s), <br><br> v. <br><br> MERIDIAN FINANCIAL SERVICES, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, <br><br> Defendant(s). | 2:22-cv-00488-APG-VCF <br><br> **ORDER** |

Before me is the notice of settlement between the plaintiff and defendant Experian Information Solutions, Inc. (ECF No. 7).

Accordingly,

I ORDER that plaintiff and defendant Experian Information Solutions, Inc. must file a proposed stipulation and order for dismissal on or before May 20, 2022.

I FURTHER ORDER that all pending deadlines and filing requirements as to Experian are STAYED.

DATED this 19th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE