Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WATSON, an individual;<br><br>　　　　　　　　　Plaintiff;<br><br>　v.<br><br>MERIDIAN FINANCIAL SERVICES, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>　　　　　　　　　Defendants. | Case No.: 2:22-cv-00488-APG-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT MERIDIAN FINANCIAL SERVICES, INC. WITH PREJUDICE** |

Plaintiff, David Watson ("Plaintiff"), and Defendant, Meridian Financial Services, Inc. ("Meridian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

under FRCP 41(a) as to Meridian, with Plaintiff and Meridian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: July 11, 2022

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: July 11, 2022

**FABIAN VANCOTT**

*/s/ Trevor Waite*
Trevor Waite, Esq.
Nevada Bar No. 13779
411 E. Bonneville Ave., Suite 400
Las Vegas, Nevada 89101
twaite@fabianvancott.com
***Attorney for Meridian Financial Services, Inc.***

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 12, 2022